UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED
OCT - 5 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| SERGIO GARCIA, a/k/a "SERGION GARCIA," MONTROI OLIVER HATCHER, HUGO ENRIQUE ALONSO, JOSE ORTIZ-RIVERA, a/k/a "HUGO GARCIA RIVERA," a/k/a "JOSE ORTIZ-MEDINA," and ALBERTH RUIZ, a/k/a "ALBERTO RUIZ," | ) 4:22CR543-AGF/PLC |
| Defendants. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning on an unknown date and continuing for a time period, including January 2021 and continuing up to the date of this Indictment, with the exact dates unknown, within the Eastern District of Missouri, and elsewhere,

        **SERGIO GARCIA,**
            **a/k/a "SERGION GARCIA,"**
        **MONTROI OLIVER HATCHER,**
        **HUGO ENRIQUE ALONSO,**
        **JOSE ORTIZ-RIVERA,**
            **a/k/a "HUGO GARCIA RIVERA,"**
            **a/k/a "JOSE ORTIZ-MEDINA," and**
        **ALBERTH RUIZ,**
            **a/k/a "ALBERTO RUIZ,"**

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree together with one or more other persons known and unknown to the Grand Jury, to commit the following offenses against the United States: to distribute and possess with the intent to distribute fentanyl and actual methamphetamine, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

Quantity of Fentanyl and Actual Methamphetamine Involved in the Conspiracy

1. With respect to **SERGIO GARCIA, a/k/a "SERGION GARCIA,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 400 grams or more of fentanyl and 50 grams or more of actual methamphetamine, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A);

2. With respect to **MONTROI OLIVER HATCHER**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 400 grams or more of fentanyl, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A);

3. With respect to **HUGO ENRIQUE ALONSO**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 50 grams or more of actual methamphetamine, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A);

4. With respect to **JOSE ORTIZ-RIVERA, a/k/a "HUGO GARCIA RIVERA," a/k/a "JOSE ORTIZ-MEDINA,"** the amount involved in the conspiracy attributable to him as a

result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 400 grams or more of fentanyl, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A);

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as set forth in Count I, the defendants shall forfeit to the United States of America any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to Defendants' offenses.

3. Specific property subject to forfeiture includes, but is not limited to, the following:

   a. Approximately $74,051.00 in United States currency, seized on or about August 27, 2021; and

   b. Approximately $125,000 in United States currency, seized on or about September 1, 2021.

4. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

                  A TRUE BILL.

                  _____
                  FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
ERIN GRANGER, #53593MO
Assistant United States Attorney